UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DR. WESLEY McFARLAND, ET AL.                                              PLAINTIFFS

V.                                                      CIVIL ACTION NO. 1:06cv466-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                              DEFENDANTS
AND UNKNOWN DEFENDANTS

## ORDER

There are currently pending three motions (docketed at [41], [42], and [48]) to dismiss as to less than all parties.  All of these motions were filed after the United States Magistrate Judge entered an [39] Order of Severance; [48] was filed even after the Magistrate was affirmed [46] and a Status Conference was held on November 21, 2006, setting out directions for the filing of individual cases.  Since no new filings have occurred, the "parties" identified in [41], [42], and [48] are not considered to be before the Court.

Accordingly, **IT IS ORDERED**:

The motions (docketed at [41], [42], and [48]) to dismiss are all **DENIED AS MOOT**.

**SO ORDERED** this the 16th day of January, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge