UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DR. WESLEY McFARLAND, ET AL.                                      PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv466-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                DEFENDANTS
AND UNKNOWN DEFENDANTS

## ORDER

This cause of action still appears on the Court's docket, despite the United States Magistrate Judge's [39] Order of Severance and this Court's decision [46] affirming that ruling. The last activity occurred on January 16, 2007, and it is appropriate that this matter be officially and administratively closed.

Accordingly, **IT IS ORDERED**:

This cause of action is hereby **TERMINATED**, and the Clerk of Court is hereby authorized and directed to remove it from the pending docket.

**SO ORDERED** this the 13th day of February, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE